1:25-cr-00708
Judge Sharon Johnson Coleman
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 4



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 708 |
| v. | Violation: Title 18, United States Code, Section 875(c) |
| TRENT SCHNEIDER | |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

1. At times material to this indictment:

    a. TRENT SCHNEIDER used and operated an Instagram account with the username "truthreaper888."

    b. In or around April 2023, foreclosure proceedings were initiated for SCHNEIDER's residence in Lake County, Illinois.

    c. Between in or around September and October 2025, SCHNEIDER began posting messages and images through the truthreaper888 account concerning Elected Official A and referencing the foreclosure of SCHNEIDER's home. Specifically, SCHNEIDER repeatedly posted a photo of the likeness of Elected Official A superimposed with a red circle with a line through it and words to the effect of: "THIS IS NOT A THREAT!!! 📢 AFTER LOSING EVERYTHING and My House Auction date is 11.04.2025 [Elected Official A] SHOULD BE EXECUTED!!! SHE CARES NOTHING ABOUT YOU or ME!!! 🤡" SCHNEIDER posted this image at least twenty times.

    d. Beginning no later than in or around October 2025, SCHNEIDER began posting a video of himself through the truthreaper888 account threatening

violence against public officials. Specifically, SCHNEIDER posted a video of himself stating, among other things, words to the effect of:

> People like me have suffered real fucking crimes from fucking judges, doctors, lawyers, police. They all should be killed. All of them should be executed for what they've done. They need to be killed. They need to be executed, ok? They are frauds, ok? I think it's time. I've waited long enough. I'm going to get some guns. I know where I can get a lot of fucking guns and I am going to take care of business myself. I'm tired of all you fucking frauds. People need to fucking die and people are going to die. Fuck all of you, especially you [Elected Official A]. You should be executed.

The video included a caption stating, among other things, words to the effect of: "THIS IS NOT A THREAT!!! 🗣 AFTER LOSING EVERYTHING and My House Auction date is 11.04.2025 @[Elected Official A] SHOULD BE EXECUTED!!! 🗣" SCHNEIDER posted this video at least sixteen times.

  e. On or about October 21, 2025, SCHNEIDER appeared in a state courthouse in Lake County, Illinois, and stated to Judge A, in effect, that he would burn the courthouse down.

  2. On or about October 21, 2025, at Lake County, Illinois, in the Northern District of Illinois, Eastern Division,

TRENT SCHNEIDER,

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, namely, a post on his truthreaper888 account in which defendant threatened to injure public officials by stating, among other things, words to the effect of:

> People like me have suffered real fucking crimes from fucking judges, doctors, lawyers, police. They all should be killed. All of them should be executed for what they've done. They need to be killed. They need to be executed, ok? They are frauds, ok? I think it's time. I've waited long enough. I'm going to get some guns. I know where I can get a lot of fucking guns and I am going to take care of business myself. I'm tired of all you fucking frauds. People need to fucking die and people are going to die. Fuck all of you, especially you [Elected Official A]. You should be executed.

and defendant transmitted the communication for the purpose of making a true threat, knowing that the communication would be viewed as a true threat, and recklessly disregarding a substantial risk that others would regard the communication as a true threat;

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____

FOREPERSON

_____

Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY